IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-23-D

KYLE MORGAN,

    Plaintiff,

v.

PS NC II, L.P.,

    Defendant.

**ORDER**

The court DENIES defendant's motion to dismiss and to strike the third amended complaint [D.E. 13]. Whether plaintiff will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 29 day of May 2024.

                  JAMES C. DEVER III
                  United States District Judge